# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher Baylor,

        Plaintiff,

v.

Ayano Eto,

        Defendant.

Civil No. 19-cv-0280 (MJD/HB)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge dated April 29, 2019. Plaintiff has filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Ayano Eto's Motion to Dismiss [Doc. No. 9] is **GRANTED**; and

3. Plaintiff Christopher Baylor's Second Motion to Transfer/Change Venue [Doc. No. 38] is **DENIED**.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 27, 2019          s/ Michael J. Davis
                              MICHAEL J. DAVIS
                              United States District Court